UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBERT PASSIATORE,

          Plaintiff,

v.                                    Case No. 5:11-cv-243-Oc-32TBS

FLORIDA NEUROLOGICAL CENTER LLC, a Florida Corporation, and DR. LANCE KIM, an individual,

          Defendants.
_____/

## ORDER

On November 1, 2011, the District Judge granted Plaintiff's Motion to Authorize Notice to Potential Class Members but directed Plaintiff to provide the undersigned with a copy of the Notice for final approval before distributing it. (Doc. 35). Accordingly, within ten (10) days of this Order, Plaintiff shall submit a copy of the Notice for the undersigned's review.

DONE AND ORDERED at Ocala, Florida, this 2nd day of November, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    Counsel of record