UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBERT PASSIATORE,

    Plaintiff,

v.                                                         Case No. 5:11-cv-243-Oc-32TBS

FLORIDA NEUROLOGICAL CENTER LLC, a
Florida Corporation, and DR. LANCE KIM, an
individual,

    Defendants.
_____/

ORDER

Pursuant to the Court's November 2, 2011 Order (Doc. 36), Plaintiff filed his proposed Notice of Right to Join Lawsuit for Unpaid Overtime Wages (Doc. 40), which the Court has now reviewed. Before distributing the Notice, Plaintiff must make a few corrections.

First, Plaintiff's Notice must be directed to the exact class that has been conditionally certified:[1]

> All current and former sleep-technicians, however titled, who performed services for Florida Neurological Center and Dr. Lance Kim, located at 2237 SW 19th Avenue Road in Ocala, Florida, and who worked in excess of forty (40) hours in any one workweek between April 2008 and the present and who were not paid overtime rates as specified by law.

---

[1] As currently drafted, the Notice is addressed to "All current and former Sleep-Technicians, however titled, who performed services for FLORIDA NEUROLOGICAL CENTER and DR. LANCE KIM, located at 2237 SW 19th Avenue road in Ocala, Florida, at any time since April, 2008."

Second, the case number in the proposed Notice (both in the case style and in the body of the Notice) is incorrect.  It should be 5:11-cv-243-Oc-32TBS.  Once Plaintiff makes these corrections, he may distribute his Notice.

DONE and ORDERED in Ocala, Florida, on November 10, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    Counsel of record