UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBERT PASSIATORE,

     Plaintiff,

v.                                   Case No.  5:11-cv-243-Oc-32TBS

FLORIDA NEUROLOGICAL CENTER LLC, a
Florida Corporation, and DR. LANCE KIM, an
individual,

     Defendants.
_____/

ORDER

     The parties have advised the Court that a settlement has been reached in this matter.  (Doc. 59).  The parties represent that they are in the process of preparing the appropriate closing documents and that they will submit a proposed settlement agreement for the Court's review no later than January 7, 2012.  However, before finalizing the settlement in this case, the Court needs additional information regarding the plaintiffs in this action.

     On November 1, 2011, the Court authorized Plaintiff to send the "Notice of Right to Join" to all potential class members which required potential class members to join the lawsuit within 85 days from the date of the Court's November 1, 2011 Order. See Docs. 29 & 35.  Because this 85-day period has not yet run, it is unclear whether all plaintiffs who intend to join the lawsuit have done so.[1]

---

[1] As of today, in addition to Mr. Passiatore, three plaintiffs have opted in this lawsuit – Victor Kraucak, Kevin Conley and Harry Randall Shears. See Docs. 5, 52 & 53.

Accordingly, on or before January 9, 2012,[2] in addition to submitting the proposed settlement agreement, the parties shall advise the Court regarding the status of the Court-Authorized Notice and address whether the Court can proceed with approving the settlement prior to expiration of the 85-day period.  Based on the parties' representation that they have reached a settlement, the Clerk should terminate all pending motions as MOOT.

DONE AND ORDERED at Ocala, Florida, this 23rd day of December, 2011.

_____
THOMAS B. SMITH
United States Magistrate Judge

Copies to Counsel of record

---

[2] Because January 7, 2012 is a Saturday, the Court extended the deadline to the following Monday.